UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TOMAS HERNANDEZ SANTOS,          )
                                 )
                Movant,          )
                                 )
         v.                      )  No. 4:05CV1138(CEJ)
                                 )
UNITED STATES OF AMERICA,        )
                                 )
                Respondent.      )

**ORDER OF DISMISSAL**

     **IT IS HEREBY ORDERED** that the application for a writ of "Writ of Habeas Corpus in Character of Reconsideration of Sentence" is **DISMISSED**, with prejudice.

     **IT IS FURTHER ORDERED** that if petitioner appeals from the dismissal of this habeas action, then a certificate of appealability shall not issue.

     Dated this 28th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE